IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,           )
                            )
    v.                       )    MISC. NO. 2:07mc3371-F
                            )
STERNE, AGEE, AND LEACH, INC., )
Birmingham, Alabama,         )
                            )
        Garnishee            )
                            )
DON EUGENE SIEGELMAN,        )
                            )
        Defendant            )

## APPLICATION FOR WRIT OF GARNISHMENT

TO:   Honorable Debbie C. Hackett
      Clerk, United States District Court
      Middle District of Alabama
      Montgomery, Alabama 36101

Please issue writ of garnishment for the seizure from the garnishee, Sterne, Agee, and Leach, Inc., 800 Shades Creek Pkwy, Birmingham, Alabama 35209, all property held in the possession of Sterne, Agee, and Leach, Inc., in the name of Don Eugene Siegelman, defendant, totaling $50,000.00, to compel performance of the judgment entered June 28, 2007, and amended on July 10, 2007, in this cause. Said defendant has refused to comply with said judgment as more fully appears from the affidavit of R. Randolph Neeley, Assistant United States Attorney, attached hereto as plaintiff's Exhibit A.

Dated this __5th__ day of __September__, 2007.

                        LEURA G. CANARY
                        United States Attorney

BY: _____
                        R. RANDOLPH NEELEY
                        Assistant United States Attorney
                        Bar Number: 9083-E56R
                        Post Office Box 197
                        Montgomery, AL  36101-0197
                        Telephone No.: (334) 223-7280
                        Facsimile No.: (334) 223-7418
                        E-mail:  **rand.neeley@usdoj.gov**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 SEP -5 P 4 11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | MISC. NO. 2:07mc 3371-F |
| v. ) | |
| ) | |
| STERNE, AGEE, AND LEACH, INC., ) | |
| Birmingham, Alabama, ) | |
| ) | |
| Garnishee ) | |
| ) | |
| DON EUGENE SIEGELMAN, ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, plaintiff, herein.

2. Judgment was entered on June 28, 2007, and amended on July 10, 2007, for plaintiff and against defendant, Don Eugene Siegelman, for the sum of $50,700.00.

3. Defendant has paid $700.00, reducing the amount due to $50,000.00.

4. The judgment has not been satisfied, vacated, reversed, stayed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. Demand was made on defendant's attorneys, Vincent F. Kilborn, III, Esq., and on Susan G. James, Esq., on July 17 and August 22, 2007, respectively, but defendant has failed and refused to pay same.

6. The balance on the judgment as of September 4, 2007, is $50,000.00.

7. Upon information and belief, Don Eugene Siegelman, defendant, has funds on deposit with Sterne, Agee, and Leach, Inc., Birmingham, Alabama, garnishee.

> LEURA G. CANARY
> United States Attorney
>
> BY: _____
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Post Office Box 197
> Montgomery, AL  36101-0197
> Telephone No.: (334) 223-7280
> Facsimile No.: (334) 223-7418
> E-mail: **rand.neeley@usdoj.gov**

Sworn to and subscribed before me this

___5th___ day of ___September___, 2007.

_____
NOTARY PUBLIC