IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC. NO. 2:07mc3371-F |
| STERNE, AGEE, AND LEACH, INC., Birmingham, Alabama, | ) |
| Garnishee | ) |
| DON EUGENE SIEGELMAN, | ) |
| Defendant | ) |

## WRIT OF GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA:

Judgment having been entered in the above cause on June 28, 2007, and amended on July 10, 2007, in the sum of $50,700.00, in favor of plaintiff, United States of America, and against the defendant, Don Eugene Siegelman.

Defendant, Don Eugene Siegelman, has paid $700.00 toward this debt, reducing the balance to $50,000.00.

Said sum of $50,000.00 having not been paid, you are commanded to seize from the garnishee, Sterne, Agee, and Leach, Inc., 800 Shades Creek Pkwy, Birmingham, Alabama 35209, any and all proceeds belonging to said defendant, Don Eugene Siegelman, in the amount of $50,000.00, including but not limited to checking account funds, savings account funds, private reserve account funds, stock, IRAs, CDs, and make return of this writ, and the execution

thereof, according to law.

IN WITNESS WHEREOF, I, Debbie C. Hackett, Clerk of said Court, have Set My Hand this the 7th day of September, 2007.

                                          DEBBIE C. HACKETT, Clerk
                                          United States District Court
                                          For the Middle District of Alabama

BY: _____
                          Deputy Clerk