USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>MISC. NO. 2:07mc3371-F |
|---|---|
| DEFENDANT<br>DON EUGENE SIEGELMAN | TYPE OF PROCESS<br>Application, Affidavit, Writ of Garnishm |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
VINCENT F. KILBORN, III, Attorney at Law
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1810 Old Government Street, Mobile, AL 36660

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

R. Randolph Neeley, Assistant U. S. Attorney
P. O. Box 197
Montgomery, AL 36101

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

RETURNED AND FILED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SEP 2 6 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>9/5/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 2 | District to Serve<br>No. 3 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>9/10/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Vicki Lizuba  Executive Ass'y

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 9/19/07    Time: 1020 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 2.91 | 8.00 | #55.91 | | |

REMARKS: 9/12/07 FWD to S/AL for service

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |  ③ |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>MISC. NO. 2:07mc3371-F |
|---|---|
| DEFENDANT<br>DON EUGENE SIEGELMAN | TYPE OF PROCESS<br>Application, Affidavit, Writ of Garnishm |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  DAVID ALLEN McDONALD, Attorney at Law
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  1810 Old Government Street, Mobile, AL 36660

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

R. Randolph Neeley, Assistant U. S. Attorney
P. O. Box 197
Montgomery, AL 36101

RETURNED AND FILED
SEP 26 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 9/5/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 3 | Signature of Authorized USMS Deputy or Clerk  K Chavers | Date 9/10/07 |

I hereby certify and return that I ✓ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Vicki Lizaba    Executive Ass't

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 9/19/07    Time: 10:20 ✓am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges including endeavors | Forwarding Fee 8.00 | Total Charges $53.00 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |

REMARKS: 9/12/07 FWD to S/AL for service

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00