USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"



| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** MISC. NO. 2:07mc3371-F |
| **DEFENDANT** DON EUGENE SIEGELMAN | **TYPE OF PROCESS** Application, Affidavit, Writ of Garnishm |

RECEIVED 2007 SEP 20 P 4:07

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
STERNE, AGEE, AND LEACH, INC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
800 Shades Creek Pkwy, Birmingham, AL 35209

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| R. Randolph Neeley, Assistant U. S. Attorney P. O. Box 197 Montgomery, AL 36101 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

RETURNED AND FILED SEP 26 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)

RECEIVED U.S. MARSHAL'S SERVICE NORTHERN DISTRICT OF ALABAMA 2007 SEP 13 PM 12

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (334) 223-7280 | DATE 9/5/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 1 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 9/10/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) Ron Deluca  Legal Dept. | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address (complete only different than shown above) | Date 9/18/07 | Time 11:55 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* 10m | Forwarding Fee 8.00 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: 9/12/07 FWD to NIAL for service.
9-18-07 Fwd to GW
10 miles / 1 DUSM / 1 Hour
Served at address on 7th floor. Ron Deluca, Legal Dept.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00