FOR THE MIDDLE DISTRICT OF ALABAMA
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

United States of America
      Plaintiff(s),

vs.

Don Eugene Siegelman
      Defendant.

)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:07MC3371-F

## ANSWER OF GARNISHEE

Now, on this day, comes __Sterne, Agee & Leach, Inc.__ , garnishee in the above-styled action, and for answer, to the writ of garnishment served upon me on the __18th__ day of September, 20 __07__ , upon oath says that:

____ Defendant is employed by me and I will withhold from the salary, wages or compensation, as required by law, and will remit same to plaintiff(s) counsel on a ( ____ weekly ____ monthly) basis.

**NOTE:** If plaintiff is U.S.A., the payment **should** be made payable to **Treasury of U. S. and mailed to the U. S. ATTORNEY'S OFFICE, P. O. BOX 197, MONTGOMERY, ALABAMA 36101.** Please reference case number on check.

__X__ I have in my possession or control property or money belonging to the defendant, which is not wages, salary or compensation, namely: ___Three (3) Brokerage Accounts___
_____(See Attachment A)_____
and am holding same subject to orders of the court.

____ Defendant not employed - garnishee not indebted to defendant when process was received, or when making this answer, or during intervening time, and have not in my possession or control any belongings of the defendant.

____ Other (Explain): _____

_____

_____
                                    Garnishee

Sworn to and signed before me this __27th__ day of September, 20 __07__.

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been mailed to counsel for Defendant and the U.S.A. on this the __27th__ day of September, 20 __07__.

_____
Signature (Garnishee or Agent)
John K. Wright
Legal and Compliance Officer

## Attachment A

## to

## Answer of Garnishee

## Sterne, Agee & Leach, Inc.

Garnishee has in its possession or control three (3) brokerage accounts belonging to the defendant, in whole or in part:

1. Account number 1112-1279 in the names of Lori P. Allen and Don Siegelman. The total account value as of 9/24/07 was $156,031.26.

2. Account number 2948-4664 in the name of Don Siegelman & Associates, LLC. The total account value as of 9/24/2007 was $24,809.23.

3. Account number 7487-2692 in the name of Sterne, Agee & Leach, Inc. C/F Don Siegelman IRA. The total account value as of 9/24/2007 was $44,746.74.

Each of the above accounts contains both securities and money market funds (cash).