IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:07-mc-3371-MEF |
| | ) |
| DON EUGENE SIEGELMAN, | ) |
| | ) |
|    Defendant. | ) |
| | ) |
| STERNE, AGEE and LEACH, INC., | ) |
| | ) |
|    Garnishee | ) |

## **O R D E R**

Upon consideration of government's Motion to Partially Lift Garnishment (Doc. #8) filed on November 6, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 6th day of November, 2007.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE