## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC. NO. **2:07-mc-3371-MEF** |
| | ) | |
| STERNE, AGEE, AND LEACH, INC., | ) | |
| Birmingham, Alabama, | ) | |
| | ) | |
| Garnishee | ) | |
| | ) | |
| DON EUGENE SIEGELMAN, | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO DISMISS**

Comes now the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the garnishment previously issued to STERNE, AGEE, and LEACH, INC., Birmingham, Alabama, be dismissed and as grounds states as follows:

The judgment/fine sought to be enforced by the process of garnishment has been satisfied. There being no other reason for the process to be further effectuated, it is respectfully requested that it be dismissed.

Respectfully submitted this 9th day of November, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have served a copy upon the garnishee by mailing a copy of same, first class postage prepaid to:

STERNE, AGEE, and LEACH, INC.
800 Shades Creek Parkway
Suite 550
Birmingham, AL 35209

David Allen McDonald
1810 Old Government Street
Mobile, AL 36660

Charles Redding Pitt
2119 Third Avenue North
Birmingham, AL 35203

Vincent F. Kilborn
1810 Old Government Street
Mobile, AL 36660

Susan G. James
600 South McDonough Street
Montgomery, AL 36014

>  s/R. Randolph Neeley
>Assistant United States Attorney