IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-mc-3371-MEF |
| | ) |
| DON EUGENE SIEGELMAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| STERNE, AGEE and LEACH, INC., | ) |
| | ) |
| Garnishee | ) |

## **O R D E R**

Upon consideration of government's Motion to Dismiss (Doc. #10) filed on November 9, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 14th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE